SAMUEL ELBERGER, Respondent, v. SECURITY MORTGAGE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

NATIONAL SURETY COMPANY, Appellant, v. WILLIAM H. SEAICH, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

In the Matter of the Transfer Tax upon the Estate of FRANK TRUMBULL, Deceased. ROSCOE H. TRUMBULL, as Executor, etc., Appellant; STATE TAX COMMISSION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

JENNIE FEINSTEIN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Greenbaum, JJ.

JOHN ROTANDO, as Administrator, etc., of PASQUALE ROTANDO, Appellant, v. HARRIS H. URIS and Others, Respondents.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum, and Finch, JJ.

ANGELINE M. VESTA AUFIERO, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

JOHN POPP, JR., an Infant, by JOHN POPP, His Guardian ad Litem, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

JOHN POPP, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

FRANCIS H. LEGGETT & COMPANY, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

BENO BORZYKOWSKI, Appellant, v. AMERICAN " BORVISK " COMPANY, Respondent.— Order modified by sustaining demurrer to first counterclaim on the ground that it does not state a cause of action arising out of the contract or transaction set forth in the complaint as the foundation of the plaintiff's claim, or connected with the subject of the action, and as so modified affirmed, without costs, with leave to defendant to serve an amended answer within ten days from service of order. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.